# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

*In re* **DONNA MARIE KAYDE,**           **Case No. 05-C-236**
*aka* **DONNA SADEGHI,**
*aka* **DONNA GUILANI,**

       **Appellant,**

# DECISION AND ORDER

After filing a voluntary Chapter 13 bankruptcy petition, Donna Marie Kayde ("Kayde") has appealed the bankruptcy court's decision to lift the stay with respect to her property located at 3452 N 46th Street, Milwaukee, Wisconsin. *See* Docket # 33, Bankruptcy Petition # 04-27946, US Bankruptcy Court, Eastern District of Wisconsin. Kayde, who is acting *pro se*, filed her notice of appeal on January 20, 2005, and the "record," such as it was, was transmitted to this Court on March 1, 2005.

Kayde has not taken any action pursuant to the Federal Bankruptcy Rules to establish a record on appeal or to brief the issues she wishes to raise on appeal. *See* FRBP 8006, 8007, 8009. The Court will give Kayde the benefit of the doubt and assume that she is not familiar with these rules and their requirements. However, Kayde must familiarize herself with the relevant procedures if she wishes to pursue this matter any further. As a start, FRBP 8006 provides that within 10 days after filing the notice of appeal, an appellant must "file with the [bankruptcy] clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented." Kayde has 10 days from the date

of this Order to comply with FRBP 8006.[1]  Failure to comply with this rule, and/or the rules that logically follow (FRBP 8007, 8009) with respect to briefing and transmission of the record on appeal, will result in the dismissal of this action for want of prosecution.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

1. Kayde **SHALL** comply with FRBP 8006 within 10 days of the date of this Order; and

2. Failure to comply with FRBP or any of the other rules regarding bankruptcy procedure on appeal (*e.g.*, FRBP 8007, 8009) **SHALL** result in the dismissal of this action for want of prosecution.

Dated at Milwaukee, Wisconsin, this 16th day of October, 2006.

**SO ORDERED,**

s/ Rudolph T. Randa
**HON. RUDOLPH T. RANDA
Chief Judge**

---

[1] Under FRBP 8019, the "district court . . . may suspend the requirements or provisions of the rules . . . and may order proceedings in accordance with the direction."